UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>NIRMAL S. GILL, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 09-2163 LJO SMS<br><br>**ORDER AFTER SETTLEMENT** |

　　　The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than February 18, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety.

　　　This Court VACATES all pending dates and matters.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

　　　IT IS SO ORDERED.

**Dated:　January 28, 2010**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE