Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>    Plaintiff,<br><br>vs.<br><br>NIRMAL S. GILL, BARINDER K. GILL, dba VALERO GAS STATION,<br><br>    Defendants. | No. 1:09-CV-02163-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to U.S. Magistrate Judge Sandra M. Snyder<br><br>Complaint filed: December 10, 2009 |

Plaintiff Daniel Delgado, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Nirmal S. Gill, Barinder K. Gill dba Valero Gas Station, through their attorneys, MacArthur & Neilson, Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: February 5, 2010           /s/Tanya Levinson Moore
                                         Tanya E. Levinson Moore
                                         Attorney for Plaintiff

Date: February 5, 2010           MacArthur & Neilson

                                         /s/Bruce A. Neilson
                                         Bruce A. Neilson
                                         Attorney for Defendants

*Delgado v. Gill, et al.*

**STIPULATION FOR DISMISSAL; ORDER**

1
2 **ORDER**

3 THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT
4 the above-captioned action be dismissed with prejudice.

5 **IT IS SO ORDERED.**

6
7 Dated:  _February 5, 2010  /s/ Lawrence J. O'Neill
  HONORABLE LAWRENCE J. O'NEILL
8  UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Delgado v. Gill, et al.*

**STIPULATION FOR DISMISSAL; ORDER**